TAPPER, TAPPER & ELKIN *v.* PAUL F. PAPA
(3892)

HULL, SPALLONE and DALY, Js.

Argued January 14—decision released February 11, 1986

*Paul F. Papa,* pro se, the appellant (defendant).

*Sydney W. Elkin,* with whom, on the brief, was *Bruce A. Tonkonow,* for the appellee (plaintiff).

PER CURIAM. There is no error.